IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IKON OFFICE SOLUTIONS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL REZENTE and CHRISTY FRIEND | : | NO. 09-4178 |

ORDER

AND NOW, this 3rd day of February 2010, upon consideration of defendants' motion to transfer venue pursuant to 28 U.S.C. § 1404(a) or 1406(a) and alternative motion to dismiss for lack of personal jurisdiction and improper venue pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), plaintiff's response in opposition, defendants' reply and plaintiff's sur-reply it is hereby ORDERED that defendants' motion to transfer for improper venue is GRANTED and this action is transferred to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to take all steps necessary to effect the transfer.

   /s/ Thomas N. O'Neill, Jr.
THOMAS N. O'NEILL, JR., J.