IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>MICHAEL REZENTE and CHRISTY FRIEND,<br><br>　　　　Defendants. | Case No.: 2:10-cv-01704-WBS-EFB (TEMP)<br><br>**ORDER**<br><br>Courtroom:　　5, 14th Floor<br><br>Judge:　　　　Hon. William B. Shubb<br>Complaint Filed:　September 15, 2009<br>FAC Filed:　　　November 2, 2010<br>SAC Filed:　　　December 28, 2010 |

Upon consideration of the Joint Motion of the Parties to Extend Time for Plaintiff to Respond to Christy Friend's Motion to Dismiss the Tortious Interference and Breach of Duty of Loyalty Claims Stated in Plaintiff's Second Amended Complaint (the "Motion", docket #93), IT IS HEREBY ORDERED that the Motion is GRANTED . Pursuant to this extension, IKON's response is now due by March 4, 2011. The motion hearing date is continued from February 28, 2011 to March 28, 2011 at 2:00 p.m.

　　Dated: February 9, 2011

　　　　　　　　　　　　　　　　　/s/ William B. Shubb
　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE