Richard L. Seabolt (SBN 67469)
Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127
T: 415.957.3000
F: 415.957.3001
Email:   rlseabolt@duanemorris.com
         tjevans@duanemorris.com

Mark E. Ellis - 127159
Daniel D. McGee - 218947
Maria S. Rosenfeld - 186116
ELLIS, LaVOIE, POIRIER,
STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
T: 916.283.8820
F: 916.283.8821
Email: mellis@ellislawgrp.com
        dmcgee@ellislawgrp.com
        mrosenfeld@ellislawgrp.com

Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T: 215-979-1246/7352
F: 215-979-1020
Email:   ttloder@duanemorris.com
         sburke@duanemorris.com

Attorneys for Plaintiff
IKON OFFICE SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> MICHAEL REZENTE and CHRISTY FRIEND, <br><br> Defendants. | Case No.: 2:10-cv-01704-WBS-EFB (TEMP) <br><br> **JOINT MOTION FOR ORDER TO CONTINUE HEARING DATE AND TIME FOR PLAINTIFF TO RESPOND TO CHRISTY FRIEND'S MOTION TO DISMISS THE TORTIOUS INTERFERENCE AND BREACH OF DUTY OF LOYALTY CLAIMS STATED IN PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> Courtroom: 5, 14th Floor <br><br> Judge: Hon. William B. Shubb <br> Complaint Filed: September 15, 2009 <br> FAC Filed: November 2, 2010 <br> SAC Filed: December 28, 2010 |

1

Plaintiff IKON Office Solutions, Inc. ("IKON") and Defendant Christy Friend ("Friend"), by their respective counsel, and in accordance with Civil Local Rules 143 and 144, hereby jointly stipulate and move this Court for an order continuing the hearing date on Friend's currently pending "Motion to Dismiss the Interference with Prospective Economic Relations and Breach of Loyalty Claims Stated Against Defendant Christy Friend Within IKON's Second Amended Complaint" (hereinafter "Friend's Motion") (Docket No. 93) from March 28, 2011 to April 11, 2011 or until such time thereafter as is convenient for the Court, and also granting IKON an extension of time of at least fourteen (14) additional days, through and including March 18, 2011, instead of March 4, 2011, to file and serve its Opposition to Friend's Motion (Docket No. 93).  In support of the foregoing, IKON and Friend (the "Parties") stipulate as follows:

1. Friend's Motion was filed on or about January 12, 2011.  The Court, by its Order dated February 9, 2011 (Docket No. 95), previously approved a stipulation for an extension of time for IKON to respond to Friend's Motion until March 4, 2011;

2. In the interim, the Parties have engaged in continuing settlement discussions.  The Parties wish to pursue said discussions, and to devote their resources and energy to the possibility of resolving their disputes; and

3. Accordingly, the Parties have agreed to extensions of time for discovery and, for purposes of this joint motion, for IKON's filing of its Opposition to Friend's Motion.

WHEREFORE, the Parties hereby jointly stipulate and move the Court for an order continuing the hearing date on Friend's Motion (Docket No. 93) from March 28, 2011 to April 11, 2011 or until such time thereafter as is convenient for the Court, and also granting IKON an extension of time of at least fourteen (14) additional days,

1  through and including March 18, 2011, to file and serve its Opposition to Friend's
2  Motion.
3        Pursuant to this extension, IKON's Opposition to Friend's Motion (Docket No.
4  93) would now be due by March 18, 2011, instead of March 4, 2011, and the hearing
5  date on Friend's Motion would be continued from March 28, 2011 to April 11, 2011
6  or until such time thereafter as is convenient for the Court.

7                                    Respectfully Submitted,

8  DUANE MORRIS LLP                     ELLIS, LaVOIE, POIRIER,
9                                                          STEINHEIMER & McGEE LLP

10
11  By: /s/ Terrance J. Evans              By: /s/ Mark E. Ellis
     Richard L. Seabolt                       Mark E Ellis
12       Terrance J. Evans                       Maria S. Rosenfeld
     Attorneys for Plaintiff                  Counsel for Defendants
13       IKON Office Solutions, Inc.           Michael Rezente and
                                             Christy Friend
14
Dated: March 2, 2011                        Dated: March 2, 2011

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>MICHAEL REZENTE and CHRISTY FRIEND,<br><br>Defendants. | Case No.: 2:10-cv-01704-WBS-EFB (TEMP)<br><br>**ORDER**<br><br>Courtroom:   5, 14th Floor<br><br>Judge:             Hon. William B. Shubb<br>Complaint Filed:   September 15, 2009<br>FAC Filed:         November 2, 2010<br>SAC Filed:         December 28, 2010 |

AND NOW, this 2nd day of March, 2011, upon consideration of the Joint Motion of the Parties to Continue Hearing Date and Time For Plaintiff To Respond To Christy Friend's Motion to Dismiss the Tortious Interference and Breach of Duty of Loyalty Claims Stated in Plaintiff's Second Amended Complaint (the "Motion"), IT IS HEREBY ORDERED that the Motion is GRANTED . Pursuant to this extension, IKON's Opposition to Friend's Motion is now due by March 18, 2011, and the hearing date on Friend's Motion is continued from March 28, 2011 to April 11, 2011 at 2:00 p.m.

Dated: March 2, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1