Richard L. Seabolt (SBN 67469)
Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127
T: 415.957.3000
F: 415.957.3001
Email:    rlseabolt@duanemorris.com
          tjevans@duanemorris.com


Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T: 215-979-1246/7352
F: 215-979-1020
Email:    ttloder@duanemorris.com
          sburke@duanemorris.com

Attorneys for Plaintiff
IKON OFFICE SOLUTIONS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> MICHAEL REZENTE and CHRISTY FRIEND, <br><br> Defendants. | Case No.: 2:10-cv-01704-WBS-EFB (TEMP) <br><br> **PLAINTIFF IKON OFFICE SOLUTIONS, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT THE APRIL 11, 2011 HEARING ON DEFENDANT CHRISTY FRIEND'S MOTION TO DISMISS AND [~~PROPOSED~~] ORDER** <br><br> Courtroom:  5, 14th Floor <br><br> Judge:  Hon. William B. Shubb <br> Complaint Filed:  September 15, 2009 <br> FAC Filed:  November 2, 2010 <br> SAC Filed:  December 28, 2010 <br><br> **Hearing Date:**  April 11, 2011 @ 2:00 p.m. |

1

IKON'S REQUEST FOR TELEPHONIC APPEARANCE                     CASE NO. 2:10-CV-01704-WBS-EFB

Plaintiff IKON Office Solutions, Inc. ("IKON") hereby requests an Order from this Court authorizing its *pro hac vice* counsel of record, Thomas T. Loder, who is located in Philadelphia, Pennsylvania, to appear telephonically to argue IKON's Opposition to Defendant Christy Friend's ("Friend") Motion To Dismiss the Tortious Interference and Breach of Duty Of Loyalty Claims Stated in IKON's Second Amended Complaint (the "Motion to Dismiss"), at the hearing scheduled for April 11, 2011, at 2:00 p.m. PDT.

Counsel for IKON has spoken to Counsel for Friend regarding this Request for Telephonic Appearance (this "Request"), and Counsel for Friend has represented that Friend will not object to this Request. Additionally, during their discussion regarding this Request, the respective counsel for IKON and Friend agreed that the hearing on the Motion to Dismiss would likely last no more than twenty minutes.

Good cause exists for granting this Request because essential financial resources can be saved if Mr. Loder is allowed to appear telephonically on behalf of IKON at the April 11, 2011 hearing, and avoid the substantial cost of a plane ticket and a hotel room for an appearance that may last no more than twenty minutes.

Mr. Loder will be available at telephone number 215-979-1246 for the Courtroom Deputy to initiate his telephonic appearance 5 to 10 minutes prior to the hearing on the Motion to Dismiss scheduled for April 11, 2011, at 2:00 p.m. PDT.

IKON respectfully submits this Request and the attached [Proposed] Order for the Court's consideration.

DUANE MORRIS LLP          ,

By:   /s/ Terrance J. Evans
     Richard L. Seabolt
     Terrance J. Evans
     Attorneys for Plaintiff
     IKON Office Solutions, Inc.

Dated:  April 6, 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., <br><br> Plaintiff, <br><br> MICHAEL REZENTE and CHRISTY FRIEND, <br><br> Defendants. | Case No.:  2:10-cv-01704-WBS-EFB (TEMP) <br><br> **ORDER** <br><br> Courtroom:      5, 14th Floor <br><br> Judge:              Hon. William B. Shubb <br> Complaint Filed:  September 15, 2009 <br> FAC Filed:          November 2, 2010 <br> SAC Filed:          December 28, 2010 <br><br> **Hearing Date:**  April 11, 2011 @ 2:00 p.m. |

AND NOW, upon consideration of Plaintiff IKON Office Solutions, Inc.'s ("IKON") Request For Telephonic Appearance at the April 11, 2011 Hearing on Defendant Christy Friend's Motion To Dismiss (the "Request"),  IT IS HEREBY ORDERED that the Request is GRANTED.  Accordingly, IKON's *pro hac vice* counsel of record, Thomas T. Loder, is hereby authorized to appear telephonically on behalf of IKON at the April 11, 2011 hearing on Defendant Christy Friend's Motion To Dismiss, and Mr. Loder has agreed to be available at telephone number 215-979-1246 for the Courtroom Deputy to initiate his telephonic appearance 5 to 10 minutes prior to the April 11th hearing, which is scheduled for 2:00 p.m. PDT.

IT IS SO ORDERED.

Dated:  April 8, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1