Richard L. Seabolt (SBN 67469)
Terrance J. Evans (SBN 227671)
DUANE MORRIS LLP
One Market Plaza, Spear Tower
Suite 2200
San Francisco, CA 94105-1127
T: 415.957.3000
F: 415.957.3001
Email: rlseabolt@duanemorris.com
       tjevans@duanemorris.com

Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T: 215.979.1246/7352
F: 215.979.1020
Email: ttloder@duanemorris.com
       sburke@duanemorris.com

Attorneys for Plaintiff
IKON OFFICE SOLUTIONS, INC.

Mark E. Ellis - 127159
Maria S. Rosenfeld - 186116
Grant A. Winter - 266329
ELLIS, LaVOIE, POIRIER,
STEINHEIMER & McGEE LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
T: 916.283.8820
F: 916.283.8821
Email: mellis@ellislawgrp.com
       mrosenfeld@ellislawgrp.com
       gwinter@ellislawgrp.com

Attorneys for Defendants
MICHAEL REZENTE AND CHRISTY FRIEND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL REZENTE and CHRISTY FRIEND,<br><br>Defendants. | Case No.: 2:10-cv-01704-WBS-EFB (TEMP)<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff IKON Office Solutions, Inc. ("IKON") and Defendants Michael Rezente ("Rezente") and Christy Friend ("Friend"), by their respective counsel, hereby submit this Stipulation and state as follows:

1. The parties have each/all agreed to seek a mediated resolution of the claims raised in this proceeding.

///

2. Magistrate Judge Brennan has indicated his availability to conduct a mediation for that purpose on July 28, 2011.

3. The parties believe that a successful mediation is more probable if all parties can be spared all further expense pending mediation, including the suspension of all motions to compel, further document production and inspection, depositions and other discovery pending mediation.

4. For this reason, and, because July 28, 2011 is Judge Brennan's first availability to conduct a mediation, the parties wish to extend the dates included in the Court's "STATUS (PRETRIAL SCHEDULING) ORDER," dated December 12, 2010 (Docket #87), by three (3) months, in most instances and, specifically, to extend them as follows:

    a. for the completion of all discovery, from August 26, 2011 to November 28, 2011;

    b. for all motions to be filed, in time to be heard by the Court, from Friday, August 26, 2011 to Friday, December 2, 2011;

    c. for filing all motions, except for continuances, temporary restraining orders, or other emergency applications, from Friday, October 7, 2011 to Friday, January 6, 2012;

    d. for the Final Pretrial Conference, from Monday, December 12, 2011 at 2:00 p.m. to Monday**, March 19, 2012 at 2:00 p.m.;**

    e. for disclosure of experts and reports in accordance with Fed. R. Civ. P. 26(a)(2) from April 8, 2011 [sic] to September 12, 2011;

    f. for expert testimony intended solely for rebuttal, from May 6, 2011 [sic] to October 11, 2011;

    g. for a jury trial of all issues triable by jury from February 7, 2012 at 9:00 a.m. to 9:00 a.m. on May 8, 2012 at 9:00 a.m.

5. Except as revised herein, all other requirements, dates and duties set forth in the Court's December 10, 2010 "STATUS (PRE-TRIAL SCHEDULING) ORDER," (Docket #87), shall remain in effect.

///

///

///

2

6. Accordingly, the parties respectfully request that the Court:

    a. approve the parties' stipulation and direct the parties to mediate on July 28, 2011, before Magistrate Judge Brennan, in accordance with Judge Brennan's pre-mediation and mediation procedures and instructions; and

    b. approve the revised scheduling dates as set forth above in Paragraph 4.

Dated: June 10, 2011                                              Dated: June 10, 2011

IKON OFFICE SOLUTIONS, INC.                MICHAEL REZENTE and CHRISTY FRIEND

| /s/ Terrance J. Evans | /s/ Mark E. Ellis |
|---|---|
| By its Counsel | By its Counsel |
| Richard L. Seabolt (SBN 67469) | Mark E. Ellis - 127159 |
| Terrance J. Evans (SBN 227671) | Daniel D. McGee – 218947 |
| Duane Morris LLP | Maria S. Rosenfeld - 186116 |
| One Market Plaza, Spear Tower | ELLIS, LaVOIE, POIRIER, |
| Suite 2200 | STEINHEIMER & McGEE LLP |
| San Francisco, CA 94105-1127 | 555 University Avenue, Suite 200 East |
| T: 415.957.3000 | Sacramento, CA 95825 |
| F: 415.957.3001 | T: 916.283.8820 |
| Email: rlseabolt@duanemorris.com | F: 916.283.8821 |
|         tjevans@duanemorris.com | Email: mellis@ellislawgrp.com |
| |         dmcgee@ellislawgrp.com |
| |         mrosenfeld@ellislawgrp.com |

Thomas T. Loder (*Pro Hac Vice*)
Sean K. Burke (*Pro Hac Vice*)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103
T: 215-979-1246/7352
F: 215-979-1020
Email: ttloder@duanemorris.com
        sburke@duanemorris.com

Dated: June 13, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3