IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IKON OFFICE SOLUTIONS, INC.,

        Plaintiff,                         No. CIV S-10-1704 WBS EFB

        vs.

MICHAEL REZENTE and CHRISTY FRIEND,                      ORDER RE SETTLEMENT & DISPOSITION

        Defendants.

_____/

      Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on July 28, 2011, the court has determined that the above-captioned case has settled.

      The court now orders that dispositional documents are to be filed not later than thirty (30) days from the date of this order.

      All hearing dates set in this matter are **VACATED.**

////

////

////

////

////

1

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: August 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE